THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW FRANCIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAELS STORES INCORPORATED, a corporation doing business in the State of Washington,<br><br>　　　　　　　Defendant. | NO. CV10-5542 RBL<br><br>**JOINT STIPULATION AND ORDER FOR REMAND TO THURSTON COUNTY SUPERIOR COURT** |

## **STIPULATION**

Plaintiff Matthew Francis stipulates that in this lawsuit, he is pursuing Washington State statutory and common law claims exclusively and seeks total damages, inclusive of recoverable attorneys fees, in an amount that is less than $75,000.00, the federal minimum threshold.  Therefore, Plaintiff and Defendant Michaels Stores Incorporated hereby agree and stipulate that this matter should be remanded to the Thurston County Superior Court, without costs and fees to either party, pursuant to 28 U.S.C. § 1447.  Plaintiff reserves the right to assert fee recovery requests beyond the federal minimum of $75,000 to Thurston County Superior Court, but only if allowed under CR 11, 26 and 37.

///

STIPULATION AND ORDER OF REMAND - 1

1   DATED this 16th day of August, 2010.

2   BONIN & COOK PS                              LANE POWELL PC

3

4

5   By s/ John Bonin (per email Agreement         By s/ D. Michael Reilly
    dated August 16, 2010)                       D. Michael Reilly, WSBA #14674
      John R. Bonin, WSBA #25760                   Renee Grant Bluechel, WSBA # 39500
6       Attorneys for Plaintiff                       Attorneys for Defendant

7
                                **ORDER**
8

9         Based upon the foregoing Stipulation that the case involves Washington State

10  statutory and common law claims only, that the amount in controversy is less than $75,000.00,

11  the federal minimum threshold, and that Plaintiff will not seek to recover damages and attorney

12  fees in excess of that amount, except that Plaintiff may assert fee recovery requests beyond the

13  federal minimum of $75,000 to Thurston County Superior Court, but only if such fees would be

14  allowed under CR 11, 26 and 37.

15        IT IS ORDERED, ADJUDGED and DECREED that this cause is remanded to the

16  Thurston County Superior Court, without costs or fees to the parties.

17        DONE IN OPEN COURT this 17th day of August, 2010.
18
                                        _____
19                                      RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

STIPULATION AND ORDER OF REMAND - 2

125023.0001/1884728.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1 | Presented by:
LANE POWELL PC

2

3 | By s/ D. Michael Reilly
    D. Michael Reilly, WSBA #14674
    Renee Grant Bluechel, WSBA #39500

4 | Attorneys for Defendant

5 | Approved as to Form;
Notice of Presentation Waived

6 | By John Bonin (per email Agreement dated
    August 16, 2010)

7 |     John R. Bonin, WSBA #25760
Attorneys for Plaintiff

STIPULATION AND ORDER OF REMAND - 3

125023.0001/1884728.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107